UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVONTE STEWART,<br>Defendant. | Case No. 1:25-MJ-225 |

**SUPPLEMENT TO EMERGENCY REQUEST TO VACATE MAGISTRATE JUDGE FARUQUI'S SEPTEMBER 29 ORDER REFUSING TO ACCEPT A GRAND JURY RETURN (ECF 12)**

The United States of America respectfully submitted the following exhibits to supplement its request for review by the Chief Judge. The United States intends to reference these materials during the hearing scheduled this afternoon:

- Exhibit 1: The transcript of the grand jury return proceeding before Magistrate Judge Zia M. Faruqui on September 29, 2025;

- Exhibit 2: The New York Times article titled *In Unusual Move, Prosecutors Secure Federal Charges From Local Grand Jury: A judge, Zia M. Faruqui, said that what appeared to be a kind of grand jury forum shopping seemed to have broken "decades-long norms and the rule of law,"* which was published on September 20, 2025, and which quotes Judge Faruqui;

- Exhibit 3: The New York Times article titled Judges *Openly Doubt Government as Justice Dept. Misleads and Dodges Orders: Legal experts say the actions causing concern from the bench could have a more*

*systemic effect, eroding the healthy functioning of the courts*, which was published on August 4, 2025, and which quotes Judge Faruqui;

- The federal indictment returned by a Superior Court grand jury in *United States v. Seals*, No. 95-CR-0284 (D.D.C. Oct. 31, 1995), ECF 1;

- The federal indictment returned by a Superior Court grand jury in *United States v. Clark*, No. 18-cr-338 (D.D.C. Nov. 15, 2018), ECF 6; and

- The federal indictment returned by a Superior Court grand jury in *United States v. Monroe*, No. 24-cr-321 (D.D.C. July 15, 2024), ECF 1.

    Respectfully submitted,

    JEANINE FERRIS PIRRO
    UNITED STATES ATTORNEY

    */s/Jonathan R. Hornok*
    JONATHAN R. HORNOK
    Assistant United States Attorney
    Chief of the Criminal Division