UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 14, 1995

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM H. BROOKS<br>a/k/a William Seals<br>a/k/a "Puddin",<br><br>WILLIE L. YELVERTON<br>GARY W. SWEATT and<br>THEODORE Z. EDELIN | Criminal No. 95-0284<br>G.J.Original<br>Violations:<br><br>18 U.S.C. § 371<br>(Conspiracy to Commit<br>Offenses Against the<br>United States)<br><br>18 U.S.C. § 1201(a) and 2<br>(Kidnapping)<br><br>18 U.S.C. § 1951 and 2<br>(Interference with Commerce<br>by Threats and Violence)<br><br>18 U.S.C. § 924(c)(1) and 2<br>(Use of a Firearm During and<br>in Relation to a Crime of<br>Violence)<br><br>18 U.S.C. § 924(c)(1) and 2<br>(Use of a Firearm During and<br>in Relation to a Crime of<br>Violence)<br><br>18 U.S.C. § 875(b) and 2<br>(Interstate Transmission of<br>Extortionate Threats)<br><br>18 U.S.C. § 875(b) and 2<br>(Interstate Transmission of<br>Extortionate Threats) |

LAMBERTH, J.

B

**I N D I C T M E N T**

FILED IN OPEN COURT

OCT 3 1 1995

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

### COUNT ONE

INTRODUCTION

At all times material to this indictment, except as otherwise indicated:

2

1. Any Kind Check Cashing Center was a financial institution engaged in interstate commerce, located at 1401 14th Street, N.W., Washington, D.C.

2. Melanie Daley was employed as an assistant manager at Any Kind Check Cashing Center.

3. Michael Fullwood, a minor, was the son of Melanie Daley.

## THE CONSPIRACY

4. From on or about April 1995, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including the 2nd day of August, 1995, within the District of Columbia and elsewhere, the defendants, WILLIAM BROOKS, (ALSO KNOWN AS WILLIAM SEALS OR "PUDDIN") (hereinafter referred to as "William Brooks"), WILLIE YELVERTON, GARY SWEATT, AND THEODORE EDELIN, together, with others known and unknown to the Grand Jury did unlawfully, willfully, and knowingly conspire, combine, and agree to commit offenses against the United States of America.

5. It was part of the conspiracy that the defendants and co-conspirators would and did willfully and unlawfully kidnap, obstruct, carry away and hold for ransom and reward Michael Fullwood, and did transport Michael Fullwood in interstate commerce from the District of Columbia into the State of Maryland, in violation of Title 18 United States Code, Section 1201(a).

6. It was further part of the conspiracy that the defendants and co-conspirators would and did willfully and unlawfully obstruct, delay and affect, and attempt to obstruct,

3

delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951, in violation of Title 18, United States Code, Section 1951(a).

7. It was further part of the conspiracy that the defendants and co-conspirators would and did use and carry firearms during and in relation to crimes of violence prosecutable in a court of the United States in violation of Title 18, United States Code, Section 924(c).

8. It was further a part of the Conspiracy that the defendants and co-conspirators would and did with intent to extort payment transmit interstate telephone communications containing threats to injure Michael Fullwood, in violation of Title 18 United States Code Section 875(b).

### THE WAYS, MANNER AND MEANS USED BY THE CO-CONSPIRATORS TO FURTHER THE OBJECTS OF THE CONSPIRACY

9. Among the means used by the defendants and co-conspirators to further the objects of the conspiracy were the following:

　　a. The defendants and co-conspirators, while posing as law enforcement officials, kidnapped, abducted, confined, and carried away Michael Fullwood and held him against his will for ransom or reward in an effort to extort money from Any Kind Check Cashing Center through Melanie Daley, an employee of Any Kind of Check Cashing Center.

4

b.  The defendants and co-conspirators held Michael Fullwood at an apartment located at 4463 Twenty-Third Parkway, Apartment T-1, Temple Hills, MD. and thereafter made numerous telephone calls to Melanie Daley threatening to kill or injure Michael Fullwood unless Melanie Daley delivered money, the property of Any Kind Check Cashing Center to the co-conspirators as demanded.

c.  The defendants and co-conspirators drove to Any Kind Check Cashing Center, located at 1401 14th Street, N.W., Washington, D.C., and while dressed in a Pinkerton security uniform, one of the defendants, received money form Melanie Daley and Any Kind Check Cashing Center as ransom or reward and in exchange for the release of Michael Fullwood.

d.  The defendants and co-conspirators possessed and utilized firearms, including semi-automatic pistols, to promote and accomplish the goals of the conspiracy and to protect the conspiracy. These weapons were possessed to intimidate Any Kind Check Cashing Center's employee, Melanie Daley, to accede to their demands, and for the personal safety of the defendants and co-conspirators.

e.  The defendants and co-conspirators threatened acts of violence to promote and accomplish the goals of the conspiracy and to avoid detection by law enforcement entities.

f.  The defendants and co-conspirators sought to avoid detection, investigation by law enforcement authorities, and conviction for any criminal charges against any members of the conspiracy. To avoid detection, investigation and conviction,

5

among other things, members of the conspiracy: used false identification, intimidated and threatened witnesses, used a number of different vehicles, and used cellular telephones to attempt to conceal their activities.

## Overt Acts

8. In order to further the conspiracy and to achieve its objectives, the following overt acts, among others, were committed in the District of Columbia, the State of Maryland, and elsewhere:

a. Between on or about April 1995 and on or about the 26th day of July, 1995, William Brooks discussed repeatedly with an individual known to the Grand Jury, his plan to obtain money from Any Kind Check Cashing through use of violence or threat of violence. William Brooks further threatened this individual not to divulge any information to anyone else concerning this plan.

b. Between on or about April 1995 and on or about the 26th day of July, 1995, William Brooks discussed with a individual known to the Grand Jury his plan to seize or abduct a family member of Melanie Daley in order to hold him for ransom or reward from Any Kind Check Cashing and Melanie Daley.

c. After, April 1995, but prior to on or about the 26th day of July, 1995, William Brooks and Willie Yelverton agreed to pose as law enforcement officials in an effort to kidnap, seize, confine, abduct, and carry away Michael Fullwood.

d. Prior to on or about the 26th day of July, 1995, William Brooks obtained a valid Customs Service badge and

6

credential folder and altered it with a photograph of himself to facilitate kidnapping, seizing, confining, abducting, and carrying away Michael Fullwood.

 e. On or about the 26th day of July, 1995, William Brooks and Willie Yelverton approached Michael Fullwood and other individuals and posed as law enforcement officials. Under this ruse, William Brooks and Willie Yelverton kidnapped, seized, confined, abducted, and carried away Michael Fullwood against his will from the 700 block of Rock Creek Church Road, N.W., Washington, D.C.

 f. On or about the 26th day of July, 1995, William Brooks and Willie Yelverton blindfold Michael Fullwood and transported him in an automobile from the District of Columbia across state lines to an apartment located at 4463 Twenty-Third Parkway, Apartment T-1, Temple Hills, Maryland.

 g. On or about the 26th day of July, 1995, William Brooks and Willie Yelverton, while holding and confining Michael Fullwood against his will at an apartment located at 4463 Twenty-Third Parkway, Apartment T-1, Temple Hills, MD, advised Michael Fullwood of their plan to take a picture of him with a gun held to his head and to call his mother and tell her that if she did not comply with their demands to provide them money from Any Kind Check Cashing that they would kill Michael Fullwood.

 h. On or about the 26th day of July, 1995, William Brooks and Willie Yelverton told Michael Fullwood that if he tried to escape, he would be killed, and that if he were successful in

7

escaping, they would kill Michael Fullwood and his family.

i. Between on or about the 26th day of July, 1995 and the 2nd day of August, 1995, William Brooks, Willie Yelverton, Gary Sweatt, and Theodore Edelin participated in holding, confining, and guarding Michael Fullwood, at times blindfolded and bound, against his will at an apartment located at 4463 Twenty-Third Parkway, Apartment T-1, Temple Hills, MD.

j. Between on or about the 26th day of July, 1995 and the 2nd day of August, 1995, William Brooks, Willie Yelverton, and Gary Sweatt possessed a semi-automatic pistol while holding and confining Michael Fullwood.

k. On or about the 26th and 27th days of July, 1995, William Brooks discussed with Annette Roach, not charged herein as a defendant, the use of her apartment located at 4463 Twenty-Third Parkway, Apartment T-1, Temple Hills, MD. to facilitate the conspiracy.

l. On or about the 27th day of July, 1995 and in the preceding week, William Brooks and Theodore Edelin discussed the conspiracy to obtain money from Any Kind Check Cashing Center.

m. On or about the 27th day of July, 1995, William Brooks advised Annette Roach of his plan to kidnap someone and to obtain $200,000 from a check cashing store. William Brooks further advised Annette Roach that defendant was part of his plan to impersonate a police officer or a security guard.

8

n. On or about the 27th day of July, 1995, Gary Sweatt threatened to kill Annette Roach if she did not cooperate with the conspiracy.

o. On or about the 30th day of July, 1995, William Brooks and Theodore Edelin discussed the conspiracy, and Theodore Edelin agreed to permit his car to be used to facilitate the conspiracy. William Brooks informed Theodore Edelin that he would receive proceeds of the conspiracy for permitting his car to be used.

p. On or about the 30th day of July, 1995, William Brooks and Theodore Edelin discussed the kidnapping conspiracy with Annette Roach.

q. On or about the 1st day of August, 1995, William Brooks and Gary Sweatt went to Any Kind Check Cashing Center in an attempt to locate Melanie Daley.

r. On or about the 27th day of July, 1995, William Brooks and Willie Yelverton took a polaroid photograph of Michael Fullwood, blindfolded and with a semi-automatic pistol held to his head.

s. On or about the 1st day of August, 1995, William Brooks and Willie Yelverton caused numerous phone calls to be made to Melanie Daley ordering her, if she ever wanted to see her son alive again, to report to a phone booth on Georgia Avenue and Upshur Streets, N.W., Washington, D.C.

t. On or about the 1st day of August, 1995, William Brooks and Willie Yelverton caused phone calls to be made to an undercover police officer posing as Melanie Daley's husband, who

9

was stationed at the designated phone booth, in which the officer was advised of the co-conspirator's plans to obtain money from Any Kind Check Cashing. The officer was further advised that the co-conspirators demanded to speak to Melanie Daley at the phone booth.

u. On or about the 1st day of August, 1995, William Brooks and Willie Yelverton caused phone calls to be made to Melanie Daley at the phone booth located at Georgia Avenue and Upshur Street, N.W. in which she was advised that the next morning she was to report to work at Any Kind Check Cashing Center located at 1401 14th Street, N.W., Washington, D.C., where she was an assistant manager. Ms. Daley was further advised that she was to empty all the money from the store's safes into a bag and give the money to a co-conspirator, who would arrive in a Pinkerton Security uniform. Ms. Daley was further advised that if she did not comply with these demands, her son Michael Fullwood would be killed, injured, or dismembered.

v. On or about the 1st day of August, 1995, William Brooks and Willie Yelverton caused the polaroid photograph of Michael Fullwood, blindfolded and with a semi-automatic pistol held to his head, to be delivered to Melanie Daley and an undercover police officer at a phone booth on Georgia Avenue and Upshur Street, N.W., Washington, D.C.

w. On or about the 1st day of August, 1995, William Brooks and Willie Yelverton caused Michael Fullwood to speak with his mother Melanie Daley over the telephone and to advise her that he

10

would be killed if she did not comply with the co-conspirators demands and provide them with the requested money.

x. On or about the 2nd day of August, 1995, William Brooks and Willie Yelverton caused phone calls to be made to Melanie Daley, Andre Dean, and Any Kind Check Cashing, to be certain that Melanie Daley complied with their demands.

y. On or about the 2nd day of August, 1995, Theodore Edelin authorized William Brooks and Gary Sweatt to use his vehicle to travel to Any Kind Check Cashing, for the purpose of obtaining ransom or reward money.

z. On or about the 2nd day of August, 1995, William Brooks, Gary Sweatt, and an unidentified co-conspirator arrived at Any Kind Check Cashing, located at 1401 14th Street, N.W., Washington, D.C. to obtain ransom or reward money.

aa. On or about the 2nd day of August, 1995, Gary Sweatt entered Any Kind Check Cashing, located at 1401 14th Street, N.W., Washington, D.C. wearing a uniform that appeared to be a Pinkerton Security uniform. Gary Sweatt obtained from Melanie Daley, an assistant manager, a bag of money as had been previously demanded by co-conspirators, and Gary Sweatt then fled the store into the awaiting vehicle still occupied by William Brooks and an unidentified co-conspirator.

bb. On or about the 2nd day of August, 1995, William Brooks, Gary Sweatt, and an unidentified co-conspirator fled from law enforcement officers in an attempt to conceal their identities and make good their escape.

11

cc. On or about the 2nd day of August, 1995, William Brooks, Gary Sweatt, and an unidentified co-conspirator possessed a semi-automatic pistol in the vehicle in which they were riding as they travelled to and from Any Kind Check Cashing, located at 1401 14th Street, N.W., Washington, D.C.

dd. On or about the 2nd day of August, 1995, Willie Yelverton telephoned Melanie Daley and Any Kind Check Cashing to confirm that the money had been delivered to the co-conspirators.

ee. On or about the 2nd day of August, 1995, Willie Yelverton drove Michael Fullwood blindfolded from 4463 Twenty-Third Parkway, apartment T-1, Temple Hills, MD to Thirty-Third Street and South Dakota Avenue, N.E., where he was released.

**(Conspiracy to Commit Offenses Against The United Sates, in violation of Title 18, United States Code, Section 371.)**

## COUNT TWO

1. On or about the 26th day of July, 1995, in the District of Columbia, and elsewhere, the defendants, WILLIAM BROOKS, (ALSO KNOWN AS WILLIAM SEALS OR "PUDDIN"), WILLIE YELVERTON, GARY SWEATT, AND THEODORE EDELIN, did willfully and unlawfully kidnap, abduct, carry away, and hold for ransom and reward Michael Fullwood and willfully transport Michael Fullwood in interstate commerce from the vicinity of Princeton and Warder Streets, N.W., Washington, D.C. to 4463 Twenty-Third Parkway, Apartment T-1, Temple Hills, in the State of Maryland.

**(Kidnapping, in violation of Title 18 United States Code, Section 1201(a) and 2.)**

12

## COUNT THREE

1. At all times material to this Indictment Any Kind Check Cashing Center, 1401 14th Street, N.W., Washington, D.C., was engaged in the business of check cashing and currency exchange in interstate commerce, and an industry which affects interstate commerce.

2. Between on or about the 26th day of July, 1995 and the 2nd day of August, 1995 in the District of Columbia, and elsewhere, the defendants WILLIAM BROOKS, (ALSO KNOWN AS WILLIAM SEALS OR "PUDDIN"), WILLIE YELVERTON, GARY SWEATT, AND THEODORE EDELIN did unlawfully obstruct, delay and affect, and attempt to unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, by extortion, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants WILLIAM BROOKS, (ALSO KNOWN AS WILLIAM SEALS OR "PUDDIN"), WILLIE YELVERTON, GARY SWEATT, AND THEODORE EDELIN did obtain and attempt to obtain money, the property of Any Kind Check Cashing Center with the consent of an employee of Any Kind Check Cashing Center, having been induced by the wrongful use of actual and threatened force, violence and fear, in that the defendants did kidnap, seize, confine, abduct, and carried away Michael Fullwood against his will, with the specific intent to obtain ransom or reward in the

13

form of an unspecified sum of U.S. currency the property of Any Kind Check Center, through Melanie Daley, a manager of the business and the mother of Michael Fullwood.

**(Interference with Commence by threats and violence in violation of Title 18, United States Code, Sections 1951 and 2.)**

### COUNT FOUR

1. Between on or about the 26th day of July, 1995, and the 2nd day of August, 1995, in the State of Maryland and in the District of Columbia, and elsewhere the defendants, WILLIAM BROOKS, (ALSO KNOWN AS WILLIAM SEALS OR "PUDDIN"), WILLIE YELVERTON, AND GARY SWEATT, knowingly used and carried a firearm, that is a twenty-two caliber, Smith and Wesson pistol model 2214, bearing serial number TFR5238, during and in relation to a crime of violence which he may be prosecuted in a court of the United States, that is Interference with Commerce by Threats and Violence, as charged in Count Three of this Indictment.

**(Use of a Firearm During and in Relation to a Crime of Violence in violation of Title 18, United States Code, Sections 924(c)(1) and 2.**

### COUNT FIVE

1. Between on or about the 26th day of July, 1995, and the 2nd day of August, 1995, in the District of Columbia, and elsewhere the defendants, WILLIAM BROOKS, (ALSO KNOWN AS WILLIAM SEALS OR "PUDDIN"), WILLIE YELVERTON, AND GARY SWEATT, knowingly used and carried a firearm, that is a nine millimeter, Smith and Wesson pistol model 3914, bearing serial number TEW4424, during and in relation to a crime of violence which he may be prosecuted

in a court of the United States, that is Interference with Commerce by Threats and Violence as charged in Count Three of this Indictment.

**(Use of a Firearm During and in Relation to a Crime of Violence in violation of Title 18, United States Code, Sections 924(c)(1) and 2.)**

## COUNT SIX

1. On or about the 1st day of August, 1995, and elsewhere in the District of Columbia, the defendants, WILLIAM BROOKS, (ALSO KNOWN AS WILLIAM SEALS OR "PUDDIN") AND WILLIE YELVERTON, willfully and knowingly, and with intent to extort an unspecified sum of U.S. currency from Any Kind Check Cashing Center and its employee, Melanie Daley, did transmit in interstate commerce from the State of Maryland to the District of Columbia, a telephone communication to the said Any Kind Check Cashing, Inc., through Melanie Daley, which telephone communication contained a threat to injure and continue to seize, confine, detain, and hold against his will the person of Michael Fullwood, that is, threaten to kill, dismember, and otherwise injure Michael Fullwood, and to continue to seize, confine, detain, and hold against his will Michael Fullwood.

**(Interstate Transmission of Extortionate Threats, in violation of Title 18, United States Code, Sections 875(b) and 2.)**

## COUNT SEVEN

1. On or about the 2nd day of August, 1995, in the District of Columbia, the defendants, WILLIAM BROOKS, (ALSO KNOWN AS WILLIAM SEALS OR "PUDDIN") AND WILLIE YELVERTON, willfully and knowingly, and with intent to extort an unspecified sum of U.S.

15

currency from Any Kind Check Cashing Center and its employee, through Melanie Daley, did transmit in interstate commerce from the state of Maryland to the District of Columbia, a telephone communication to the said Any Kind Check Cashing, Inc., through Melanie Daley, which telephone communication contained a threat to injure and continue to seize, confine, detain, and hold against his will the person of Michael Fullwood, that is, threaten to kill, dismember, and otherwise injure Michael Fullwood, and to continue to seize, confine, detain, and hold against his will Michael Fullwood.

**(Interstate Transmission of Extortionate Threats in violation of Title 18, United States Code, Sections 875(b) and 2.)**

A TRUE BILL:

Deputy FOREPERSON

Eric H. Holder, Jr. (B.M.)
Attorney for the United States in
and for the District of Columbia